# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY M. MANDLER AND NUCLEAR IMAGING SYSTEMS, INC.,<br><br>      Appellants<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br><br>      Appellee | : : : : : : : : : : : : : : : | No. 17 MAP 2021<br><br>Appeal from the Order of Commonwealth Court dated March 3, 2021 at No. 483 FR 2014 |
| JEFFREY M. MANDLER AND CARDIOVASCULAR CONCEPTS, P.C.,<br><br>      Appellants<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br><br>      Appellee | : : : : : : : : : : : : : : : : : | No. 18 MAP 2021<br><br>Appeal from the Order of Commonwealth Court dated March 3, 2021 at No. 484 FR 2014 |

## ORDER

**PER CURIAM**                          **DECIDED: September 22, 2021**

    **AND NOW,** this 22nd day of September, 2021, the order of the Commonwealth Court is **AFFIRMED**.